

# Fourth Court of Appeals
## San Antonio, Texas

May 30, 2014

No. 04-13-00872-CR

Martin Ugalde **CAMPOS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1776-CR
William Old, Judge Presiding

## O R D E R

Appellant Martin Campos's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has sent copies of the brief and motion to appellant and has informed appellant of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.).

If appellant desires to file a *pro se* brief, we **order** that he do so on or before **July 14, 2014**. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court. Alternatively, if appellant does not file a timely *pro se* brief, the State may file a brief in response to counsel's brief no later than **August 13, 2014**.

We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82, 109 S. Ct. 346, 102 L. Ed.2d 300 (1988) (holding that a motion to withdraw should not be ruled on before appellate court independently reviews the record to determine whether counsel's evaluation that the appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same).

We further **order** the clerk of this court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of May, 2014.

_____

Keith E. Hottle
Clerk of Court